# EXHIBIT A

Prepared By and Return to:
East Coast Title
1311 Bedford Drive
Melbourne, FL 32940

Parcel ID: 25-37-26-50-C-3.05

# *WARRANTY DEED*

THIS INDENTURE, made this *14* day of March 2018 between **Bernard R. Wilcosky and Bojuana C. Wilcosky, Husband and Wife**, ("Grantor(s)") whose address is 205 Silverado Springs Drive, Unit 6, Napa, CA 94558 and **Kenneth Ray McCoy and Peggy Jane McCoy, Husband and Wife** ("Grantee(s)") whose address is 2485 S. Atlantic Avenue, Unit 501, Cocoa Beach, FL 32931 and;

WITNESSETH, that the Grantor, for and in consideration of the sum of TEN ($10) DOLLARS, to it in hand paid by the Grantee, the receipt whereof is hereby acknowledged, has granted, bargained and sold to the Grantee forever, the following described land, situate, lying and being in the **COUNTY OF BREVARD**, State of Florida, to wit:

**Unit 5, RIOMAR, a Condominium, according to the Declaration of Condominium thereof, recorded in Official Records Book 5017, Page 2933, of the Public Records of Brevard County, Florida. The above description includes, but is not limited to, all appurtenances to the condominium unit above described, including the undivided interest in the common elements and limited common elements of said condominium as set forth in the Declaration.**

Subject to restrictions, reservations and easements of record, if any and taxes subsequent to December 31, 2017. And the grantor does hereby fully warrant title to the land, and will defend the same against lawful claims of all person whomsoever.

**In Witness Whereof,** the Grantor has executed this instrument on the day and year first above written.

**SIGNED, SEALED AND DELIVERED IN THE PRESENCE OF:**

**GRANTOR(S):**

#1 Witness Signature
Print Witness Name: *Eileen McCory*

Bernard R. Wilcosky

2nd Witness Signature
Print Witness Name: *Elise Luzzi*

Bojuana C. Wilcosky

**STATE OF CALIFORNIA**

**COUNTY OF** *Napa*

THE FOREGOING INSTRUMENT was acknowledged before me on this *14* day of March 2018 by **Bernard R. Wilcosky and Bojuana C. Wilcosky, Husband and Wife** who produced *Florida Drivers License class E* as identification or is personally known to me and who did not take an oath.

**Affix Notary Stamp**

EILEEN McCOOEY
COMM. #2167509
Notary Public - California
Sonoma County
My Comm. Expires Nov. 8, 2020

Signature of Notary Public

# EXHIBIT B

PREPARED BY & RETURN TO:

Name:  Kenzie Spitler, an employee of
         Foundation Title & Settlement Services LLC
Address: 2425 Pineapple Avenue
         Suite 408
         Melbourne FL 32935

         File No. 20-4246

Parcel No.: 25-37-26-50-C-3.05

_SPACE ABOVE THIS LINE FOR PROCESSING DATA_ | _SPACE ABOVE THIS LINE FOR RECORDING DATA_

This **WARRANTY DEED**, made the **25th** day of **January, 2021**, by **KENNETH RAY MCCOY** and **PEGGY JANE MCCOY**, husband and wife, hereinafter called the Grantors, to **JON E. WATKINS** and **TERRI S. WATKINS**, husband and wife, **INDIVIDUALLY AND AS CO-TRUSTEES OF THE WATKINS FAMILY REVOCABLE TRUST, DATED SEPTEMBER 12, 2019**, whose post office address is   **14258 Anastasia Lane, Orlando, FL 32828**  , hereinafter called the Grantees:

WITNESSETH: That the Grantors, for and in consideration of the sum of $10.00 and other valuable consideration, receipt whereof is hereby acknowledged, do hereby grant, bargain, sell, alien, remise, release, convey and confirm unto the Grantees all that certain land situate in County of Brevard, State of Florida, viz:

**Unit 5 of Riomar, a Condominium according to the Declaration of Condominium thereof, recorded in Official Records Book 5017, Page(s) 2933, of the Public Records of Brevard County, Florida, and any amendments thereto, together with its undivided share in the common elements.**

TOGETHER WITH all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

SUBJECT TO TAXES FOR THE YEAR   2021   AND SUBSEQUENT YEARS, RESTRICTIONS, RESERVATIONS, COVENANTS AND EASEMENTS OF RECORD, IF ANY.

TO HAVE AND TO HOLD the same in fee simple forever.

And the Grantors hereby covenant with the Grantees that the Grantors are lawfully seized of said land in fee simple, that the Grantors have good right and lawful authority to sell and convey said land and that the Grantors hereby fully warrant the title to said land and will defend the same against the lawful claims of all persons whomsoever. Grantors further warrant that said land is free of all encumbrances, except as noted herein and except taxes accruing subsequent to December 31,   2020  .

IN WITNESS WHEREOF, the said Grantors have signed and sealed these presents, the day and year first above written.

*Signed, sealed and delivered in the presence of:*

_____
Witness Signature
Printed Name: Bw MAy III

_____
Witness Signature
Printed Name: Monique Ferrer

_____ L.S.
Name: Kenneth Ray McCoy
Address: 5145 Avalaire Oaks Drive, Raleigh, NC 27614

_____ L.S.
Name: Peggy Jane McCoy
Address: 5145 Avalaire Oaks Drive, Raleigh, NC 27614

STATE OF **FLORIDA**
COUNTY OF BREVARD

The foregoing instrument was acknowledged before me by means of ☒ physical presence or ☐ online notarization, this 22nd day of January, 2021, by Kenneth Ray McCoy and Peggy Jane McCoy, who are personally known to me or who have produced _____ FL DL _____ as identification.

_____
Signature of Notary
Printed Name:
My commission expires:

BARNEY W MAY III
Commission # GG 224958
Expires October 4, 2022
Bonded Thru Budget Notary Services

# EXHIBIT C-1


## Deposits and other additions

| Date | Description | Amount |
|------|-------------|--------|
| 01/25/21 | WIRE TYPE:WIRE IN DATE  0125 TIME:1046 ET TRN:      6353<br>SEQ:    1013 ORIG:FOUNDATION TITLE & SETTLE ID    7481 SND<br>BK:BANKUNITED, NA   0594 PMT DET:       0966 PROCEEDS FROM THE SALE OF<br>2485 S ATLANTIC A | 918,328.64 |

**Total deposits and other additions**

## Withdrawals and other subtractions

## What's on your mind?

When you join the Bank of America® Advisory Panel, you can help us understand what you like and don't like.
Enter code **CADD** at **bankofamerica.com/AdvisoryPanel** to learn more and join.

Inclusion on the Advisory Panel subject to qualifications.

SSM-06-20-0180A2 | 3104242

Case 22-00033-TOM    Doc 1-1    Filed 07/19/22    Entered 07/19/22 15:42:30    Desc
Exhibit Exhibits A-C18    Page 7 of 41

# EXHIBIT C-2


Scammers are taking advantage of the current environment to try to obtain your personal and financial information. Watch out for scams involving promises for COVID-19 vaccines, stimulus payments, employment and more. Scammers may try to contact you in various ways including by phone, email, and social media. Learn more at bankofamerica.com/security.

## Deposits and other additions

| Date | Description |
| --- | --- |

| 01/29/21 | WIRE TYPE:WIRE OUT DATE:210129 TIME:1218 ET TRN          7067 SERVICE | −15,000.00 |
| | RE      1074 BNF:IRON LENDING, LLC ID          3204 BNF BK:BRAN CH BANKING AND TRUS | |
| | ID:      1121 PMT DET.      3080 | |

continued on the next page

### What's on your mind?

When you join the Bank of America® Advisory Panel, you can help us understand what you like and don't like.
Enter code **CADD** at **bankofamerica.com/AdvisoryPanel** to learn more and join.

Inclusion on the Advisory Panel subject to qualifications.

SSM-06-20-0180A2 | 3104242

Case 22-00033-TOM    Doc 1-1    Filed 07/19/22    Entered 07/19/22 15:42:30    Desc
Exhibit Exhibits A-C18    Page 9 of 41

# EXHIBIT C-3


## Check images

**Account number**      2642

Check number: 169  |  Amount:  $25,000.00



Case 22-00033-TOM   Doc 1-1   Filed 07/19/22   Entered 07/19/22 15:42:30   Desc
Exhibit Exhibits A-C18   Page 11 of 41

# EXHIBIT C-4

# Withdrawals and other subtractions - continued

Other subtractions - continued

| 02/05/21 | WIRE TYPE:WIRE OUT DATE:210205 TIME:0821 ET TRN: | 1118 SERVICE | -200,000.00 |
| | REI   _5193 BNF:IRON LENDING, LLC ID | 3204 BNF BK:BRAN CH BANKING AND TRUS | |
| | ID:      1121 PMT DET        1544 | | |

Case 22-00033-TOM    Doc 1-1    Filed 07/19/22    Entered 07/19/22 15:42:30    Desc
Exhibit Exhibits A-C18    Page 13 of 41

# EXHIBIT C-5



PEGGY J MCCOY | Account 2642 | February 11, 2021 to March 16, 2021

Our Deposit Agreement and Disclosures were updated to include our policy for accepting registered warrants. For more details, please review the "Processing Deposits and Cashed Items" section of our Deposit Agreement at bankofamerica.com/depositagreement.

## Deposits and other additions

| Date | Description | | | Amount |
|------|-------------|---|---|--------|
| 03/01/21 | WIRE TYPE:BOOK IN DATE:210301 TIME:0649 ET TRN ORIG:JASON RYAN MCCOY ID 4639 | 3926 SNDR REF | 8718 | 20,200.00 |



MERRILL GUIDED INVESTING™

# You manage life. We'll help manage investing.

Stay focused on your goals while Merrill portfolio managers monitor and rebalance your portfolio.

Get started at **merrilledge.com/Invest** today.

 **MERRILL**
A BANK OF AMERICA COMPANY

Merrill Lynch, Pierce, Fenner & Smith Incorporated (also referred to as "MLPF&S" or "Merrill") makes available certain investment products sponsored, managed, distributed or provided by companies that are affiliates of Bank of America Corporation ("BofA Corp."). MLPF&S is a registered broker-dealer, Member SIPC and a wholly owned subsidiary of BofA Corp. Banking products are provided by Bank of America, N.A., and affiliated banks, Members FDIC and wholly owned subsidiaries of BofA Corp.

Investment products: | Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value |

SSM-12-20-0028.B | 3404029

# EXHIBIT C-6

# Withdrawals and other subtractions - continued

| 02/23/21 | WIRE TYPE:WIRE OUT DATE:210223 TIME:1545 ET TRN | 7777 SERVICE | -40,000.00 |
| | REF ___3365 BNF:IRON LENDING, LLC ID | 3204 BNF BK:BRAN CH BANKING AND TRUS | |
| | ID ___1121 PMT DET ___8518 | | |

Case 22-00033-TOM    Doc 1-1    Filed 07/19/22    Entered 07/19/22 15:42:30    Desc
Exhibit Exhibits A-C18    Page 17 of 41

# EXHIBIT C-7


## Check images
**Account number:**                 2642

Check number: 171   |   Amount:  $20,000.00



Case 22-00033-TOM    Doc 1-1    Filed 07/19/22    Entered 07/19/22 15:42:30    Desc
Exhibit Exhibits A-C18    Page 19 of 41

# EXHIBIT C-8

## Withdrawals and other subtractions - continued

| 03/04/21 | WIRE TYPE:WIRE OUT DATE:210304 TIME:1424 ET TRN        8658 SERVICE | -7,500.00 |
|---|---|---|
| | REF: 3415 BNF:IRON LENDING, LLC ID        3204 BNF BK:BRAN CH BANKING AND TRUS | |
| | ID        1121 PMT DET        )1842 | |

# EXHIBIT C-9



**BANK OF AMERICA**

## Deposits and other additions

## Withdrawals and other subtractions

### Other subtractions

| Date | Description | Amount |
|------|-------------|--------|
| 03/18/21 | WIRF TYPE:WIRE OUT DATE:210318 TIME:1424 ET TRN    6393 SERVICE REF.   2764 BNF:IRON LFNDING, LLC ID    3204 BNF BK:BRAN CH BANKING AND TRUS ID:    1121 PMT DET.   59994 | -30,000.00 |



**A FILM BY KEN BURNS AND LYNN NOVICK**

**BANK OF AMERICA**

**Tune in or stream on PBS, starting Monday, April 5 at 8/7 Central**

Experience the complicated life of a legendary writer with an enduring influence on literature and culture.
Learn more at **bankofamerica.com/Hemingway**.

 PBS.

SSM-12-20-0030.B | 3372179

# EXHIBIT C-10


## Check images
**Account number**          **2642**

Check number: 186  |  Amount:  $18,000.00



# EXHIBIT C-11


**BANK OF AMERICA**

## Check images
**Account number:**          2642

Check number: 192   |   Amount: $5,000.00



Case 22-00033-TOM     Doc 1-1     Filed 07/19/22     Entered 07/19/22 15:42:30     Desc
Exhibit Exhibits A-C18     Page 27 of 41

# EXHIBIT C-12


## Check images
**Account number:**          2642

Check number: 194 | Amount: $7,500.00

PEGGY J McCOY
8143 AVALAIRE OAKS DR
RALEIGH, NC 27614-8000                              194

Pay to the Order of _PI4 GM_          6/4/21          $ 7500.00

_seventy-five hundred & 00/100_          Dollars

**BANK OF AMERICA**

For _Deposit June 2021_          Peggy McCoy

# EXHIBIT C-13

## Deposits and other additions

## Withdrawals and other subtractions

Other subtractions

| | | | | |
|---|---|---|---|---|
| 07/06/21 | WIRE TYPE:WIRE OUT DATE:210706 TIME:0515 ET TRN<br>REF 5292 BNF:PROJECT<br>ID: 8165 PMT DET: 6572 JULY DONATION 2021 | | 3801 SERVICE<br>1553 BNF BK:TRUIST BANK | -10,000.00 |



Help prevent
fraud with these
simple tips

✓ **Review our Fraud Prevention Checklist**
for ways you can help protect yourself against fraud.

✓ **Stay informed** on red flags that may signal a scam.

✓ **Keep your contact information up to date,**
so we can send you urgent notifications if we detect
unusual activity.

Scan this code using the camera on your smartphone or learn more at bofa.com/FraudChecklist.

SSM-04-21-0025.C | 3499590

# EXHIBIT C-14



## Check images
**Account number:** 2642

Check number: 204 | Amount: $2,075.00

PEGGY J McCOY
8145 AVALAIRE OAKS DR
RALEIGH, NC 27614-6300

204

7/15/21

Pay To The
Order Of  P14 6M                                    $2,075.00

Five Thousand seventy five % —

BANK OF AMERICA

For 2nd HVCA May /Byn 25th          Peggy McCoy

# EXHIBIT C-15


## Check images
**Account number:**          2642

Check number: 206  |  Amount:  $250.00

Case 22-00033-TOM    Doc 1-1    Filed 07/19/22    Entered 07/19/22 15:42:30    Desc
Exhibit Exhibits A-C18    Page 35 of 41

# EXHIBIT C-16


## Deposits and other additions

| Date | Description | Amount |
|------|-------------|--------|
| 08/02/21 | WIRE TYPE:WIRE OUT DATE:210802 TIME:1442 ET TRN REF: 3631 BNF:PROJECT ID: 8165 PMT 9834 MISSIONS 5304 SERVICE 1553 BNF BK:TRUIST BANK | -12,500.00 |



A BANK OF AMERICA COMPANY

**MERRILL GUIDED INVESTING™**

## You manage life. We'll help manage investing.

Stay focused on your goals while Merrill portfolio managers monitor and rebalance your portfolio.

Get started at **merrilledge.com/invest** today.

Merrill Lynch, Pierce, Fenner & Smith Incorporated (also referred to as "MLPF&S" or "Merrill") makes available certain investment products sponsored, managed, distributed or provided by companies that are affiliates of Bank of America Corporation ("BofA Corp."). MLPF&S is a registered broker-dealer, Member SIPC and a wholly owned subsidiary of BofA Corp. Banking products are provided by Bank of America, N.A., and affiliated banks, Members FDIC and wholly owned subsidiaries of BofA Corp.

| Investment products: | Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value |
|---|---|---|---|

SSM-12-20-0028B | 3404029

# EXHIBIT C-17


## Deposits and other additions

## Withdrawals and other subtractions

### Other subtractions

| Date | Description | Amount |
|------|-------------|--------|
| 08/10/21 | WIRE TYPE:WIRE OUT DATE:210810 TIME:0701 ET TRN.       8092 SERVICE<br>REF   3486 BNF:PROJECT                                    1553 BNF BK:TRUIST BANK<br>ID:   I8165 PMT DET      3934 BOLIVIA FOR AUGUST DONATION | -13,500.00 |

**MERRILL GUIDED INVESTING™**

## You manage life. We'll help manage investing.

Stay focused on your goals while Merrill portfolio managers monitor and rebalance your portfolio.

Get started at **merrilledge.com/Invest** today.

**MERRILL**
A BANK OF AMERICA COMPANY

Merrill Lynch, Pierce, Fenner & Smith Incorporated (also referred to as "MLPF&S" or "Merrill") makes available certain investment products sponsored, managed, distributed or provided by companies that are affiliates of Bank of America Corporation ("BofA Corp."). MLPF&S is a registered broker-dealer, Member SIPC and a wholly owned subsidiary of BofA Corp. Banking products are provided by Bank of America, N.A., and affiliated banks. Members FDIC and wholly owned subsidiaries of BofA Corp.

Investment products: | Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value |

SSM-12-20-0028.B | 3404029

Case 22-00033-TOM    Doc 1-1    Filed 07/19/22    Entered 07/19/22 15:42:30    Desc
Exhibit Exhibits A-C18    Page 39 of 41

# EXHIBIT C-18

## Deposits and other additions

## Withdrawals and other subtractions

Other subtractions

| | | | |
|---|---|---|---|
| 09/07/21 | WIRE TYPE:WIRE OUT DATE:210907 TIME:0547 ET TRN | '6639 SERVICE | -14,258.00 |
| | REF    6558 BNF:PROJECT 14GLOBAL MISSIONS ID:( | 1553 BNF BK:TRUIST BANK | |
| | ID:    ·8165 PMT DET        1456 SEPT BUDGET FINANCES | | |



MUHAMMAD **ALI**
A FILM BY KEN BURNS
SARAH BURNS & DAVID McMAHON

STARTS SUN SEPT 19 8/7c
— TUNE IN OR STREAM —
 PBS

**BANK OF AMERICA**

Bigger than boxing. Larger than life.
Experience the rise of Muhammad Ali — celebrated for his skill
in the ring and equally remembered for his stances outside it.
Learn more at **bankofamerica.com/Ali**.

SSM-05-21-0155.B | 3582695

Case 22-00033-TOM    Doc 1-1    Filed 07/19/22    Entered 07/19/22 15:42:30    Desc
Exhibit Exhibits A-C18    Page 41 of 41